1  JASON A. GELLER  CA State Bar #168149
   JUAN C. ARANEDA  CA State Bar #213041
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
4
   Attorneys for Plaintiffs
5  FRANK L. DILEONARDO, JR. as trustee of the Frank
   L. DiLeonardo, Jr. Trust, and TIMOTHY TATUM, an
6  individual

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | FRANK L. DILEONARDO, JR. as trustee | CASE No. 08 80144 MISC
   | of the Frank L. DiLeonardo, Jr. Trust, and |
12 | TIMOTHY TATUM, an individual, | STIPULATION FOR CONDITIONAL
   | | FORBEARANCE OF EXECUTION OF
13 |                    Plaintiff, | JUDGMENT AND TO CONTINUE
   | | HEARING RE DEFENDANT JOSEPH
14 | vs. | FLETCHER'S APPEARANCE AND
   | | EXAMINATION AND ORDER THEREON
15 | JOSEPH FLETCHER, an individual, |
   | |
16 |                    Defendant. |

17

18         This Stipulation is made by and among Plaintiffs FRANK L. DILEONARDO, JR.

19 as trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY TATUM (collectively

20 "Plaintiffs"), through their undersigned counsel, and Defendant Joseph Fletcher ("Defendant"), in

21 propria persona, with respect to the following facts:

22         1.      On June 12, 2008, judgment was entered against Defendant in the amount

23 of $230,000, plus prejudgment interest, court costs and attorneys' fees incurred in collecting said

24 amount, in the United States District Court for the Northern District of Illinois (Eastern District),

25 Case No. 07 C 6617 (the "Judgment").  On July 14, 2008, the Judgment was registered in the

26 United States District Court for the Northern District of California, Case No. 08 80144 MISC.

27         2.      On October 2, 2008, the United States District Court for the Northern

                                                 1

28
LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION FOR CONDITIONAL FORBEARANCE OF EXECUTION OF JUDGMENT AND TO CONTINUE HEARING RE
DEFENDANT JOSEPH FLETCHER'S APPEARANCE AND EXAMINATION AND ORDER THEREON

District of California, through the Honorable Elizabeth D. LaPorte, issued an *Order for Appearance and Examination* of Defendant. The examination was set for November 4, 2008, at 10:00 a.m., in Courtroom E.

       3.      On October 13, 2008, Defendant was personally served with the *Order for Appearance and Examination* and a *Subpoena in a Civil Case*, requiring him to appear at the examination set for November 4, 2008, at 10:00 a.m., in Courtroom E, and to produce documents in anticipation of the examination, respectively.

       NOW THEREFORE, the parties, through their respective attorneys, and for themselves, stipulate as follows:

       1.      Defendant agrees to make payments, via wire transfer to the trust account of Plaintiffs' counsel herein, to satisfy the judgment referenced above, including interest, court costs and attorneys' fees incurred in collecting the judgment pursuant to the following schedule: $6,000 on November 3, 2008; $10,000 by December 5, 2008; $15,000 by January 5, 2009; $20,000 by February 5, 2009; $25,000 by March 5, 2009; $30,000 by April 5, 2009; $40,000 by May 5, 2009; $50,000 by June 5, 2009 and the remaining balance on the judgment, including interest, court costs and attorneys' fees incurred in collecting the judgment, by July 5, 2009;

       2.      This stipulation has no effect upon the validity of the Judgment, or any liens or levies served to date in executing on the Judgment, including the accrual of interest or attorneys' fees incurred in collecting the Judgment;

       3.      Plaintiffs shall conditionally forbear their collection efforts on the Judgment, only as long as Defendant continues to make timely payments pursuant to the payment schedule set forth above;

       4.      If Defendant fails to make any timely payment under the above schedule, Plaintiffs shall immediately (without court order) be entitled to resume collection efforts; and

       5.      Plaintiffs and Defendant agree to continue Defendant's debtor examination currently set for November 4, 2008, at 10:00 a.m., in Courtroom E, and his compliance with the

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION FOR CONDITIONAL FORBEARANCE OF EXECUTION OF JUDGMENT AND TO CONTINUE HEARING RE DEFENDANT JOSEPH FLETCHER'S APPEARANCE AND EXAMINATION AND ORDER THEREON

*Subpoena in a Civil Case* to December 23, 2008, or a date thereafter that is convenient for the Court, and Defendant agrees to personally appear at such continued examination date and to produce documents requested in the *Subpoena in a Civil Case* served upon him on October 13, 2008, five (5) days before the continued examination date.

**SO STIPULATED.**

Dated: November 3, 2008

LONG & LEVIT LLP

By _____
JASON A. GELLER
Attorneys for Plaintiffs
FRANK L. DILEONARDO, JR. as trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY TATUM, an individual

Dated: November 3, 2008

JOSEPH FLETCHER

By _____
JOSEPH FLETCHER
In Propria Persona

**ORDER**

PURSUANT TO THE PARTIES STIPULATION, it is hereby ordered as follows:

(1) The hearing for the examination of debtor Defendant Joseph Fletcher currently scheduled for November 4, 2008, at 10:00 a.m., in Courtroom E is continued to January 6, 2009 at 3:00 PM

(2) Defendant Joseph Fletcher shall personally appear at the continued examination date and shall produce documents requested in the *Subpoena in a Civil Case* served upon him on October 13, 2008, five (5) days before the continued examination date.

3

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION FOR CONDITIONAL FORBEARANCE OF EXECUTION OF JUDGMENT AND TO CONTINUE HEARING RE DEFENDANT JOSEPH FLETCHER'S APPEARANCE AND EXAMINATION AND ORDER THEREON

(3)  Plaintiffs shall conditionally forbear their collection efforts on the Judgment, only as long as Defendant Joseph Fletcher continues to make timely payments pursuant to the payment schedule set forth in the parties' stipulation.

(4)  If Defendant fails to make any timely payment under the above schedule, Plaintiffs shall immediately (without court order) be entitled to resume collection efforts.

(5)  The parties' stipulation shall have no effect upon the validity of the Judgment, or any liens or levies served to date in executing on the Judgment, including the accrual of interest or attorneys' fees incurred in collecting the Judgment.

**IT IS SO ORDERED.**

Dated: 11/4/08 , 2008

_____
The Honorable
United States
Judge Elizabeth D. Laporte

IT IS SO ORDERED
Elizabeth D. Laporte

DOCS\S0256-097\556175.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

STIPULATION FOR CONDITIONAL FORBEARANCE OF EXECUTION OF JUDGMENT AND TO CONTINUE HEARING RE DEFENDANT JOSEPH FLETCHER'S APPEARANCE AND EXAMINATION AND ORDER THEREON