| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO. (415) 397-2222 | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] RECORDING REQUEST BY AND RETURN TO: Jason A. Geller CASB #168149<br>Juan C. Araneda CASB #213041<br>Long & Levit LLP<br>465 California Street, 5th FL<br>San Francisco, CA 94104<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: SAN FRANCISCO

PLAINTIFF: FRANK L. DILEONARDO, JR., as trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY TATUM, an individual
DEFENDANT: JOSEPH FLETCHER, an individual

| WRIT OF | [X] EXECUTION (Money Judgment) | | CASE NUMBER: |
|---|---|---|---|
| | [ ] POSSESSION OF | [ ] Personal Property | CV 08 80144 MISC |
| | | [ ] Real Property | FOR COURT USE ONLY |
| | [ ] SALE | | |

1. To the Sheriff or any Marshal or Constable of the County of: Monterey

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* Frank L. DiLeonardo, Jr., as Trustee, and Timothy Tatum
   is the [X] judgment creditor  [ ] assignee of record
   whose address is shown on this form above the court's name.

4. Judgment debtor *(name and last known address):*

   Joseph Fletcher
   12 White Oak Way
   Carmel Valley, CA 93924

   Joseph Fletcher
   316 MidValley Center, # 198
   Carmel, CA 93923

   [ ] additional judgment debtors on reverse

5. Judgment entered on *(date):* June 4, 2008
6. [ ] Judgment renewed on *(dates):*
7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see reverse)*.
8. [ ] Joint debtor information on reverse.

9. [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .........................$ 230,000
12. Costs after judgment (per filed order or memo CCP 685.090)........ $ 11,220
13. Subtotal *(add 11 and 12)* ............$ 241,220
14. Credits ...............................$ 69,601
15. Subtotal *(subtract 14 from 13)* .......$ 171,619
16. Interest after judgment (per filed affidavit CCP 685.050) ............$
17. Fee for issuance of writ .............$
18. Total *(add 15, 16, and 17)* ..........$ 171,619
19. Levying officer: Add daily interest from date of writ *(at the legal rate on 15)* of 0.0% . $ 0.00
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

| (SEAL) | Issued on *(date):* JAN 1 3 2010 | Clerk, by **SHEILA RASH** , Deputy |
|---|---|---|

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130REV 1/89

NDC-J130

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, 5th Floor, San Francisco, CA 94104.

On January 13, 2010, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of **FRANK L. DILEONARDO, JR. V. JOSEPH FLETCHER** United States District Court Northern District of California, Case No. 08 80144 MISC.

**WRIT OF EXECUTION (Money Judgment)**

SERVED UPON:

| | |
|---|---|
| Joseph E. Fletcher<br>12 White Oak Way<br>Carmel Valley, CA 93924 | *Defendant* |
| Joseph E. Fletcher<br>316 Mid Valley Center, #198<br>Carmel, CA 93923 | *Defendant* |
| Joseph E. Fletcher<br>Monterey County Film Commission<br>801 Lighthouse Avenue<br>Monterey, CA 93940 | *Defendant* |

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 13, 2010, at San Francisco, California.

*Yorleny C. Hernandez*

DOCS\S0256-097\558618.V5

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

PROOF OF SERVICE