JASON A. GELLER  CA State Bar #168149
JUAN C. ARANEDA  CA State Bar #213041
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

Attorneys for Plaintiffs
FRANK L. DILEONARDO, JR. as trustee of the Frank
L. DiLeonardo, Jr. Trust, and TIMOTHY TATUM, an
individual

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK L. DILEONARDO, JR. as trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY TATUM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH FLETCHER, an individual,<br><br>Defendant. | CASE No. 08 80144 MISC<br><br>**APPLICATION TO VACATE HEARING RE DEFENDANT JOSEPH FLETCHER'S APPEARANCE AND EXAMINATION WITHOUT PREJUDICE; [PROPOSED] ORDER** |

Plaintiffs FRANK L. DILEONARDO, JR., trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY TATUM (collectively "Plaintiffs"), hereby apply to the Court for an order vacating the hearing for the appearance and examination of Defendant JOSEPH FLETCHER ("Defendant"), currently scheduled for January 19, 2010 at 2:00 p.m., without prejudice. Attached hereto as **Exhibit A** is a true and correct copy of the Court's December 9, 2009 *Order to Appear for Examination,* setting the hearing for Defendant's appearance and examination.

Good cause exists for vacating the hearing without prejudice.  While Plaintiffs have diligently attempted to personally serve Defendant with the *Order to Appear for Examination*, they have not succeeded in doing so.   Attached hereto as **Exhibit B** is a true and correct copy of the service status report from Plaintiffs' process server detailing their inability to personally serve Defendant.

1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Accordingly, Plaintiffs respectfully request that the Court issue an order vacating the January 19, 2010 hearing without prejudice to Plaintiffs ABILITY TO AGAIN REQUEST Defendant's appearance and examination within 120 days of the Court's order. This will allow Plaintiffs to locate Defendant for service, and re-apply for an order for Plaintiff's appearance and examination.

Dated: January 12, 2010

Respectfully submitted,
LONG & LEVIT LLP

By     /s/
JUAN C. ARANEDA
Attorneys for Plaintiffs
FRANK L. DILEONARDO, JR. as trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY TATUM

DOCS\S0256-097\573027.V1

## ORDER

Plaintiffs FRANK L. DILEONARDO, JR., trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY TATUM's application to vacate the hearing for the appearance and examination of Defendant JOSEPH FLETCHER, currently scheduled for January 19, 2010 at 2:00 p.m., is GRANTED without prejudice to Plaintiffs ability to re-apply for an order for Defendant's appearance and examination within 120 days of this order.

**IT IS SO ORDERED.**

Dated: January 14, _____, 2010

The Honorable Elizabeth D. Laporte
United States Magistrate Judge

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, 5th Floor, San Francisco, CA 94104.

On January 12, 2010, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of **FRANK L. DILEONARDO, JR. V. JOSEPH FLETCHER** United States District Court Northern District of California, Case No. 08 80144 MISC.

**APPLICATION TO VACATE HEARING RE DEFENDANT JOSEPH FLETCHER'S APPEARANCE AND EXAMINATION WITHOUT PREJUDICE; [PROPOSED] ORDER**

SERVED UPON:

| | |
|---|---|
| Joseph E. Fletcher<br>12 White Oak Way<br>Carmel Valley, CA 93924<br>**"Last Known Address"** | *Defendant* |

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 12, 2010, at San Francisco, California.

_____
Yorleny C. Hernandez

DOCS\S0256-097\558618.V3

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222