| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO. (415) 397-2222 | FOR RECORDER'S USE ONLY |
|---|---|---|

RECORDING REQUEST BY AND RETURN TO:

Jason A. Geller CASB #168149
Juan C. Araneda CASB #213041
Long & Levit LLP
465 California Street, 5th FL
San Francisco, CA 94104

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STREET ADDRESS:   450 Golden Gate Avenue
CITY AND ZIP CODE:   San Francisco, CA 94102
BRANCH NAME:   SAN FRANCISCO

PLAINTIFF:   FRANK L. DILEONARDO, JR., as trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY TATUM, an individual
DEFENDANT:   JOSEPH FLETCHER, an individual

| WRIT OF | [X] EXECUTION (Money Judgment) | | CASE NUMBER: |
|---|---|---|---|
| | [ ] POSSESSION OF | [ ] Personal Property | CV 08 80144 MISC |
| | | [ ] Real Property | FOR COURT USE ONLY |
| | [ ] SALE | | |

1. To the Sheriff or any Marshal or Constable of the County of:  Monterey

    You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):*  Frank L. DiLeonardo, Jr., as Trustee, and Timothy Tatum

    is the  [X] judgment creditor   [ ] assignee of record
    whose address is shown on this form above the court's name.

4. Judgment debtor *(name and last known address):*

    Joseph Fletcher
    300 Calle de los Agrinemsors
    Carmel Valley, CA 93924

    [ ] additional judgment debtors on reverse

5. Judgment entered on *(date):*  June 4, 2008

6. [ ] Judgment renewed on *(dates):*

7. Notice of sale under this writ
    a. [X] has not been requested.
    b. [ ] has been requested *(see reverse)*.

8. [ ] Joint debtor information on reverse.

9. [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.

10. [ ] This writ is issued on a sister-state judgment.

11. Total judgment .......................$  230,000
12. Costs after judgment (per filed order or memo CCP 685.090)........$  11,220
13. Subtotal *(add 11 and 12)* ...........$  241,220
14. Credits .............................$  74,101
15. Subtotal *(subtract 14 from 13)* .......$  167,119
16. Interest after judgment (per filed affidavit CCP 685.050) ............$
17. Fee for issuance of writ .............$
18. Total *(add 15, 16, and 17)* ..........$  167,119
19. Levying officer: Add daily interest from date of writ *(at the legal rate on 15)* of 0.0% . $  0.00

20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING

GLORIA ACEVEDO

Clerk, by _____ , Deputy

(SEAL)

Issued on *(date):*  7-28-10

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130REV 1/89

NDC-J130