| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> ☐ RECORDING REQUEST BY AND RETURN TO: <br> Jason A. Geller CASB #168149 <br> Juan C. Araneda CASB #213041 <br> Long & Levit LLP <br> 465 California Street, 5th FL <br> San Francisco, CA 94104 | TELEPHONE NO. (415) 397-2222 | FOR RECORDER'S USE ONLY |
|---|---|---|
| ☒ ATTORNEY FOR     ☒ JUDGMENT CREDITOR     ☐ ASSIGNEE OF RECORD | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STREET ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: SAN FRANCISCO

PLAINTIFF: FRANK L. DILEONARDO, JR., as trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY TATUM, an individual
DEFENDANT: JOSEPH FLETCHER, an individual

| WRIT OF | ☒ EXECUTION (Money Judgment) <br> ☐ POSSESSION OF    ☐ Personal Property <br>                              ☐ Real Property <br> ☐ SALE | CASE NUMBER: <br> CV 08 80144 MISC <br> FOR COURT USE ONLY |
|---|---|---|

1. To the Sheriff or any Marshal or Constable of the County of: San Francisco

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* Frank L. DiLeonardo, Jr., as Trustee, and Timothy Tatum
   is the ☒ judgment creditor ☐ assignee of record
   whose address is shown on this form above the court's name.

4. Judgment debtor *(name and last known address):*

   Joseph Fletcher
   300 Calle de los Agrinemsors
   Carmel Valley, CA 93924

   ☐ additional judgment debtors on reverse

5. Judgment entered on *(date):* June 4, 2008
6. ☐ Judgment renewed on *(dates):*

7. Notice of sale under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested *(see reverse).*
8. ☐ Joint debtor information on reverse.

9. ☐ See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☐ This writ is issued on a sister-state judgment.
11. Total judgment .......................$ 230,000
12. Costs after judgment (per filed order or memo CCP 685.090).........$ 11,220
13. Subtotal *(add 11 and 12)* ............$ 241,220
14. Credits .............................$ 74,101
15. Subtotal *(subtract 14 from 13)* ........$ 167,119
16. Interest after judgment (per filed affidavit CCP 685.050) ............$
17. Fee for issuance of writ .............$
18. Total *(add 15, 16, and 17)* ...........$ 167,119
19. Levying officer: Add daily interest from date of writ *(at the legal rate on 15)* of 0.0% . $ 0.00
20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING
GLORIA ACEVEDO

(SEAL)     Issued on *(date):* 7-28-10     Clerk, by _____, Deputy

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130REV 1/89

NDC-J130